APPEAL No. 76-245. ELIZABETH A. SMITH *v.* HAROLD R. SMITH. The petitioner's motion to vacate the Family Court order of March 15, 1977, which stayed support payments, is granted. *See Devereaux* v. *McGarry's, Inc.,* 107 R.I. 325, 266 A.2d 908 (1970); *Hattie Carnegie Industries, Inc.* v. *Lopreato,* 114 R.I. 319, 333 A.2d 145 (1975).

This order is without prejudice to the respondent's filing a motion for a stay in this court.

This case is specially assigned to the calendar for November 1977 for oral argument. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *John D. Lynch,* for respondent.